Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH HOFFMAN v. HERMAN HIBEL and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES N. BUTTERLY v. JAMES J. WALKER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of FLORENCE C. H. BELCHER, as Administratrix, etc., of FREDERICK E. BELCHER, Deceased. In the Matter of the Petition of HENRIETTE B. MELSON, as General Guardian of MAXINE FREDERICKA BELCHER, an Infant, to Have Revoked Letters of Administration Issued to FLORENCE C. H. BELCHER, as Administratrix, etc., of FREDERICK E. BELCHER, Deceased. In the Matter of the Judicial Settlement of the Account of Proceedings of FLORENCE C. H. HARLAN (Formerly FLORENCE C. H. BELCHER), as Administratrix, etc., of FREDERICK E. BELCHER, Deceased.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ENTERPRISE TRANSFER Co., INC., v. GLADYS NADEL and Others, Impleaded, etc. CHARLES W. FERRY, Receiver. S. H. RIESNER Co., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ENTERPRISE TRANSFER Co., INC., v. GLADYS NADEL and Others, Impleaded, etc. CHARLES W. FERRY, Receiver. S. H. RIESNER Co., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application for an Order of Certiorari of HOME FOR HEBREW INFANTS OF THE CITY OF NEW YORK and Others, and HAND REALTY CORPORATION against WILLIAM E. WALSH and Others, Appellants, and SAMUEL MARER, Intervenor, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL MISKIND v. PAULINE LIEBERMAN, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NICHOLAS J. EBERHARD, as Receiver, etc., v. ÆTNA INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM C. GLASS v. HELEN A. BARKER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET BRUCK v. THIRD AVENUE RAILWAY COMPANY, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN W. SPIRA v. GEORGE MALICKI.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK W. GRAHAM v. CHARLES GEHRING and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL LONDON and Another v. THE INDUSTRIAL FIBRE COMPANY, INC.,